Gloria **WAGNER**, Plaintiff—Appellant,

v.

**DEPARTMENT OF CORRECTIONS; et al.,** Defendants—Appellees.

No. 05–15864.

United States Court of Appeals, Ninth Circuit.

Submitted April 13, 2006.*

Decided April 17, 2006.

Gloria Wagner, VSPW—Valley State Prison for Women, Chowchilla, CA, pro se.

Before: SILVERMAN, MCKEOWN, and PAEZ, Circuit Judges.

## MEMORANDUM **

Former California state prisoner Gloria Wagner appeal pro se from the district court's judgment dismissing pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) her 42 U.S.C. § 1983 action alleging violations of her First and Fourteenth Amendment rights. We review de novo, *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir.1998) (order), and we affirm.

The district court properly dismissed Wagner's action under 28 U.S.C. § 1915(e)(2)(B)(ii). *See id.* Even after she amended her complaint three times,

for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

Wagner's allegations were too vague and conclusory to state a civil rights claim. *See Ivey v. Board of Regents,* 673 F.2d 266, 268 (9th Cir.1982).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.